

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICHAEL AMON RACHAL | DOCKET NO. 15-CV-1920; SEC. P |
| VERSUS | JUDGE DRELL |
| AMANDA MCCLUNG | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A, for failing to state a claim for which relief can be granted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 17th day of September, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT